*H P*

RECEIVED

NOV 29 2010

NOV 2 9 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MARIA ESPINOZA, ESTELA RAMIREZ, )
ELOISA HERRERA, MARISOL GARCIA, )
DEMETRIO DE LA TORRE, JORGE BAEZA )
JUANA RESENDEZ, INES MIGUEL, MARIA )
BAUTISTA, EUFEMIA HERNANDEZ, )
MARIA ANTONIO, MARIA C. RANGEL, )
LORENA VALDEZ AND ESTELA SERVIN, )
 )
        Plaintiffs, )
 )
v. )
 )
TEAMSTAFF GOVERNMENT )
SOLUTIONS, INC. )
 )
        Defendant. )

1:10-cv-07613

Judge John W. Darrah

Magistrate Judge Maria Valdez

### COMPLAINT

Plaintiffs Maria Espinoza, Estela Ramirez, Eloisa Herrera, Marisol Garcia, Demetrio De La

Torre, Jorge Baeza, Juana Resendez, Ines Miguel, Maria Bautista, Eufemia Hernandez, Maria

Antonio, Maria C. Rangel, Lorena Valdez and Estela Servin, for their Complaint against Defendant

Teamstaff Government Solutions, Inc. ("Teamstaff") state as follows.

### JURISDICTION AND VENUE

1.    This action is brought against Teamstaff under Title VII of the Civil Rights Act of

1964, 42 U.S.C. §2000e, *et seq.*, as amended by the Civil Rights Act of 1991 ("Title VII") and the

Age Discrimination in Employment Act of 1967 "ADEA"), as amended.

2.    This Court has subject matter jurisdiction over Plaintiffs' Title VII and ADEA claims

pursuant to 28 U.S.C. §§1331 and 1343, and 42 U.S.C. §2000e-5(f)(3).

3. Venue of this action properly lies in the Northern District of Illinois, Eastern Division, pursuant to 42 U.S.C. §2000e-5(f)(3) and 28 U.S.C. §l391(b) insofar as Defendant Teamstaff has its principal places of business in this district. A substantial part of the alleged events giving rise to the claims occurred in this District.

## THE PARTIES

4. Plaintiffs reside within this judicial district. At all material times herein, Plaintiffs were "employee(s)" of Defendant Teamstaff within the meaning of 42 U.S.C. § 2000e(f).

5. At all relevant times, Defendant Teamstaff was an "employer" of Plaintiffs and has also been an "employment agency" as those terms are defined by Title VII and have been engaged in industry affecting commerce within the meaning of Sections 701(b), (c), (g), and (h) of Title VII, 42 U.S.C. §§2000e(b), (c), (g), and (h).

6. At all relevant times, Defendant has been doing business within this judicial district and has continuously each had at least twenty (20) employees.

## STATEMENT OF CLAIM

7. Plaintiffs have fulfilled all conditions precedent to the institution of this lawsuit under Title VII. Each Plaintiff filed charges of discrimination with the Equal Employment Opportunity Commission ("EEOC") and each Plaintiff has received a Notice of Right to Sue from the EEOC with respect to Teamstaff and each Plaintiff has filed this lawsuit within ninety (90) days of his or her receipt of the Notice of Right to Sue. See Notice of Right to Sue for Maria Espinoza, Lorena Valdez and Estela Servin, attached as Exhibit A. The remaining Plaintiffs state that they do not have a copy of the Notice of Right to Sue issued by the EEOC at this time.

8. Plaintiffs were hired by Teamstaff prior to 2004. Teamstaff placed Plaintiffs as

Pharmacy Technicians at the Veterans Administration facility in Hines, Illinois. At no time during the term of Plaintiffs' employment by Teamstaff were Plaintiffs given a complaint procedure or employee handbook detailing what steps they should take if they believed they were being discriminated against.

9.    In or about September of 2008, Plaintiffs were terminated from their employment by Defendant Teamstaff based on their race, Hispanic, and their ages.

10.    Defendants have discriminated against Plaintiffs in the terms and conditions of their employment because of her race in violation of Title VII.

11.    Defendants have discriminated against Plaintiffs in the terms and conditions of their employment because of their age in violation of the ADEA.

12.    The discriminatory acts of Defendant, its agents and managers were deliberate, intentional, wanton, and malicious, and were done with malice or with reckless indifference to Plaintiffs' civil rights, and entitle Plaintiffs to punitive damages. The acts complained of herein were ratified, authorized or permitted or performed by Defendants and its management.

## COUNT I
## RACE DISCRIMINATION IN VIOLATION OF TITLE VII

Plaintiffs incorporate Paragraphs 1 through 12 as if fully set forth herein.

13.    Plaintiffs are all Hispanic.

14.    In or about September of 2008, Plaintiffs were all unlawfully terminated from their employment by Teamstaff on the basis of their race.

15.    Until that time, Plaintiffs were performing satisfactorily.

16.    As a result, Plaintiffs have suffered tangible employment actions, including the loss of

employment.

17.     Because of Defendant's discriminatory customs and practices, all in violation of Title VII, Plaintiffs have suffered and continue to suffer substantial losses in earnings, benefits, and other terms and conditions of employment.

WHEREFORE, Plaintiffs respectfully request this Court enter judgment in their favor and request that:

A.     The Court declare, decree, and adjudge that Defendant has violated Title VII;

B.     Grant a preliminary and permanent injunction against Defendant and its officers, agents, and managers from violating Title VII;

C.     Enter appropriate injunctive relief awarding Plaintiffs the backpay, frontpay, wages, employment benefits, and other compensation that were denied or lost;

D.     Order the Defendant to pay Plaintiffs compensatory and punitive damages in an amount sufficient to punish Defendant for their past discrimination and to deter it from continuing with its discriminatory practices;

E.     Award Plaintiffs all pre-judgment interest to which they are entitled;

F.     Award reasonable costs; and

G.     Award such other and further relief as is just and appropriate.

## COUNT II
## RACE DISCRIMINATION IN VIOLATION OF TITLE VII

Plaintiffs incorporate Paragraphs 1 through 17 as if fully set forth herein.

18.     Each of the Plaintiffs is over forty (40) years old.

19.     In or about September of 2008, Plaintiffs were all unlawfully terminated from their

employment by Teamstaff on the basis of their age.

20. Until that time, Plaintiffs were performing satisfactorily.

21. As a result, Plaintiffs have suffered tangible employment actions, including the loss of employment.

22. Because of Defendant's discriminatory customs and practices, all in violation of the ADEA, Plaintiffs have suffered and continue to suffer substantial losses in earnings, benefits, and other terms and conditions of employment.

WHEREFORE, Plaintiffs respectfully request this Court enter judgment in their favor and request that:

A. The Court declare, decree, and adjudge that Defendant has violated the ADEA;

B. Grant a preliminary and permanent injunction against Defendant and its officers, agents, and managers from violating the ADEA;

C. Enter appropriate injunctive relief awarding Plaintiffs the backpay, frontpay, wages, employment benefits, and other compensation that were denied or lost;

D. Order the Defendant to pay Plaintiffs compensatory and punitive damages in an amount sufficient to punish Defendant for their past discrimination and to deter it from continuing with its discriminatory practices;

E. Award Plaintiffs all pre-judgment interest to which they are entitled;

F. Award reasonable costs; and

G. Award such other and further relief as is just and appropriate.

Dated: November 24, 2010

Respectfully submitted,

Signed Name: _Maria E Espinoza_

Printed Name: _Maria E Espinoza_

Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: Estela Ramirez

Printed Name: Estela Ramirez.

Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: Eloisa Herrera

Printed Name: Eloisa Herrera
Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: Marisol Garcia

Printed Name: Marisol Garcia

Pro Se

Dated: November 23 2010

Respectfully submitted,

Signed Name:

Printed Name: DEMETRIO DE LA TORRE

Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: Juana Resendez

Printed Name: Juana Resendez

Pro Se

I am willing this letter
to state that I hever
receive any letter
about tim claused

Dated: November 23 2010

Respectfully submitted,

Signed Name: _Ines Miguel_

Printed Name: __Ines Miguel__
                    Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: Maria Elena Bautista

Printed Name: Maria Elena Bautista
Pro Se

I am writting this letter to
state that I never receive any letter
about ting cloused.

Dated: November **24**, 2010          Respectfully submitted,

Signed Name: *Eufemia Hernandez*

Printed Name: *EUFEMIA HERNÁNDEZ*

Pro Se

Dated: November 2 4 2010

Respectfully submitted,

Signed Name: *Moria antonio*

Printed Name: MARIA   ANTONIO
Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: *Maria Rangel*

Printed Name: Maria C Rangel

Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: _____

Printed Name: _lorenca Valdez_____

Pro Se

Respectfully submitted,

Dated: November 24, 2010

Signed Name:

Printed Name: Estela Servin

Pro Se

Dated: November 24, 2010

Respectfully submitted,

Signed Name: _Jorge Baeza_

Printed Name: _Jorge Baeza_

                          Pro Se

# EXHIBIT A

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Maria Elena E. Espinoza<br>5951 South Komensky Drive<br>Chicago, IL 60629 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7010 1670 0001 3287 0454

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| **440-2008-08661** | **Janel Smith,**<br>**Investigator** | | **(312) 353-9194** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

_John P. Rowe_

**John P. Rowe,**
**District Director**

8/27/2010

(Date Mailed)

Enclosures(s)

cc: **TEAMSTAFF GOVERNMENT SOLUTIONS**

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Demetrio De La Torre<br>2706 N. Kildare Avenue, Apt. B<br>Chicago, IL 60639 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

**CERTIFIED MAIL 7010 1670 0001 3287 0539**

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-08564 | Janel Smith,<br>Investigator | (312) 353-9194 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| **X** | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
|  | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

On behalf of the Commission

John P. Rowe,
District Director

8/29/2010
(Date Mailed)

Enclosures(s)

cc:    **TEAMSTAFF GOVERNMENT SOLUTIONS**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lorena Valdez<br>6335 S. Long Avenue<br>Chicago, IL 60638 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7010 1670 0001 3287 0546

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-08563 | Janel Smith,<br>Investigator | (312) 353-9194 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination In Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

John P. Rowe,
District Director

8/27/2010
(Date Mailed)

Enclosures(s)

cc:    **TEAMSTAFF GOVERNMENT SOLUTIONS**