# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10-cv-7613 | **DATE** | 12/15/10 |
| **CASE TITLE** | Espinoza et al. v. Teamstaff Government Solutions, Inc. | | |

**DOCKET ENTRY TEXT**

A status hearing is scheduled for 1/25/11 at 9:30 a.m. The applications for leave to proceed *in forma pauperis* [4, 18-30] will be heard at that time. The Clerk of Court shall mail a copy of this notice, along with a copy of the docket, to Chicago Workers Collaborative and each of the plaintiffs named in the Complaint at the address identified in the statement below.

■[ For further details see text below.]    Docketing to mail notices.

# STATEMENT

On November 29, 2010, a Complaint was submitted to the Clerk's Office, without a filing fee, on behalf of fourteen separate plaintiffs. The Complaint alleges that Defendant, Teamstaff Government Solutions, Inc., unlawfully terminated Plaintiffs on the basis of their race and age. Fourteen separate signature pages are attached to the Complaint; each is dated November 23, 2010, or November 24, 2010. Two of those pages also contain cryptic notes stating that they are being submitted as part of a letter.

Federal Rule of Civil Procedure 11(a) provides that each person who signs a pleading must include his or her address, email address, and phone number. None of the Plaintiffs have done so. The Civil Cover Sheet filed with the Complaint states that it is filed by Maria Espinoza (one of the Plaintiffs) *pro se* "c/o Chicago Workers Collaborative." The only address provided for any of Plaintiffs on either the Civil Cover Sheet or the Complaint is the address for Chicago Workers Collaborative.[1]

Each of the fourteen Plaintiffs also filed an application to proceed *in forma pauperis*. Some of those applications are incomplete with regard to the reporting of spouses' income. Each application also indicates that it is being filed in support of a motion for appointment of counsel, though no such motion has been filed.

Based on the aforementioned deficiencies, the Court is unable to grant *in forma pauperis* status to fourteen Plaintiffs and accept the Complaint based on the documents submitted. Therefore, a status hearing is scheduled for January 25, 2011, at 9:30 a.m. Plaintiffs are directed to appear. The Court requests that a representative of Chicago Workers Collaborative appear, as well. The Clerk of Court shall mail a copy of this notice, along with a copy of the docket, to Chicago Workers Collaborative and to each of the Plaintiffs named in the Complaint at the address identified in the Civil Cover Sheet:

Chicago Workers Collaborative
77 W. Washington St., Suite 1402
Chicago, IL 60602

| STATEMENT |
|---|
| [1] "Chicago Workers' Collaborative is an Illinois non-profit organization that unites low-wage workers so [they] can receive the proper respect and treatment in exchange for [their] important labor. [Chicago Workers' Collaborative] educate[s] about workplace rights, provide[s] critical services to [its] members, and mobilize[s] to gain full access to employment for all workers, especially immigrants and African Americans." *See* Chicago Workers Collaborative – About Us, http://www.chicagoworkerscollaborative.org/About_Us.html (last visited December 14, 2010). Among other things, the organization provides legal assistance for employment-related issues. *See id.* |